UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Michael Jhamaul Lloyd                                        Chapter 13
                                                                     Case No.  19-22776-E
Debtor.

## 2nd AMENDED Chapter 13 Plan

Address:        Debtor   150 Maxwell, Memphis, TN 38109

Plan Payment:

Debtor Shall Pay: $ 178.00   Monthly          By: Disability          (X) Direct Pay
    Or by:  ( ) Payroll Deduction

*1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                           (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  ( ) Yes  (X) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                         ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( X ) Debtor Directly    ( ) Wage Assignment    ( ) Trustee To:     Monthly Pmt.
     Central Child Support            ongoing payment begins   Pays Direct (Lisa Patterson)
                                      Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                          Amount

6. Home Mortgage Claims:     ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                             ongoing payment begins

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   *Credit Acceptance          Collateral  2011 Ford Taurus

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| *DCC Rentals LLC   (rent through 04/30/2019) | $ 2,650.61 | 0.00% | $50.00 |

11. Student Loan Claims and Other Long Term Claims:
    ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    DCC Rentals LLC                              X Assume    ( ) Reject
    Progressive Leasing                          X Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908           Date   April 23, 2019
    Debtor's Attorney's Signature

April 23, 2019

910 > October 25, 2016